In the united states District court
for the District of Arizona

MiSS Nevaeh Olivia Knobeloch #14166-025
AKA
Bryson Knobeloch

V.

1) J. Gerrettie    5). Flemming
2) J. Santacruz   6) Valterria
3) E. Fraijo      7) C. Flores
4) C. Howard      8) M. Flores

Case No.:

CV-21-522-TUC-SHR-PSOT

COMPLaint

FILED ___ LODGED
RECEIVED ___ COPY

DEC 10 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

I COMPLaint

I Miss, Nevaeh Olivia Knobeloch # 14166025 motion this
court To hear her complaint of Staff Misconduct of
Retailation, Discrimination, and Sexual Harassment upon
a Gender Dysphoric Woman Pursuant to 28 U.S.C. §§ 1331
and 1343(a)(4) Title VII of the Civil Rights act of 1964

On July 2, 2021 E. Fraijo came to B-Range in(Shu
Special housing unit) And took a BP-199 a Money
order for my Birth Record as he was walking away I
over heard him calling Me a "Fagget" in June 2021
Sometime I and Santa cruz had a arguement because
I Asked how his Day was and in Response he called Me
a Chomo and a fagget and told Me he can't stand Me
because I am a Transgender woman Then from August
19, 2021 J. Gerrettie had said Profane words
-1-

On a case-by-case basis whether a Placement would ensure the inmate's health and safety, and whether the Placement would Present Management or Security Problems."

I'm a Trans-woman and on BoP Policy Sexually Abusive Behavior Prevention and intervention Program training requirements Concerning Pat Searches and Communication skills for Transgender inmates See CFR. § 115.15 (f) and 116.31(a)(9)

I have been trying to get to A Females institution but I am being denied A Response or to be Spoken to about it. and 28 CFR. 115.42(e): "in Making housing Unit and Programming assignments, a Transgender or intersex inmate's Own Views with respect to his/her own safety Must be given Serious consideration

and 28 CFR. 115.42(g): The agency Shall not Place Transgender or intersex inmates in dedicated facilities, units, or wings, Solely on the basis of Such identification or status, unless Such Placement is in a dedicated facility, unit or wing established in connection with a Consent decree, Legal Settlement, or Legal Judgement for the Purpose of Protecting Such inmates.

Another thing is that in my Medical records it dose Not Say or list me as Fle4. Of, for the determination of Transgender. Male to female or the corresponding Sentry CMA codes Say TRN M2F for abbriviation

-2-

I have taken my Mental Health Assessment the First Step is to: have an interview by Psychology Services for a Comprehensive Mental health assessment, the Psychology staff will be able to determine if the individual has Gender dysphoria (GD) On the conditions based on DSM Criteria then Provide Individulized Counseling for the individual

~~Second~~ Second Step: Psychology is to refer the Person to Medical for an evaluation by a Medical Provider if the Person desires Medical intervention. Medical Can initate Hormone therapy after the Risks and Benifits have been discussed with the Individual and the BOP TCCT has been Consulted

the Final Step: in Many Cases treatment is designed to reduce Characteristics of the natal sex and induce those of the identified gender allowing individuals to Project their Gender Identity

Psychology has not Provided me with No Material on Transgender stuff Which is Required By BOP Policy of Transgender Offender Manual Number: 5200.04 Date: May 11, 2018

I have given E. Fraijo My "Name Change form" as well im still waiting I haven't heard nothing from the courts in Pima County Yet the Correctional Staff are Misgendering

-3-

(1) C/o M. Vasquez, and C/o ~~C-one~~ both threaten Me saying that if I don't take a cellmate they were going to Run team on BBeat the hell out of Me & Drag Me to the Hrd cell

(2) C/o Guiterrez I told him I was suicidal & he said Not his Problem Just get it done you'll be okay Dead & then he walked away

(3) M. Diaz I gave her My legal Paperwork and She told Me She was going to Seal it But as soon as she got it She walked away & Neversent out My Legal Mail to the courts to My Knowledge

(4) ~~Sentara Gue called Me a Faggot Multiple times in his office~~

(5) ~~E. Freija threw~~ away My Legal Mail that I gave him on 7-2-21 for My Birth certificate

(6) J. Ruff ~~Physically assulted Me to the face~~ under LT Campbells Commands

(7) A. Hernandez Sexually assulted Me by touching My inner thighs while grabing on My Pants at Tucson Medical Center & Grabbed the Hair on My Head

(8) Haight Biehler DO/CD has refused to see Me For Medical Attention and for My 3month Chronic Care APPaintments

9) Moreno Trustfund has Stole Money off My account That I had Bought off of My trulinks & has refused to Reinstate My Money or Bring Me My Materials I Paid for

(10) C. Howard for refusing My BP-9's to Answer or give an Extention which Right to Redress and Grivence the Government and due Process Rights

(1) A/W Tubbs has also Refused to Answer Any Grivences or an Extation

(12) LT Lopec threatend me to Knock me out $ Place me in the ICU $ that, he Don't care about Losing his Job

(13) Lewis Forced me to stay in a cell where I was Being Raped

(14) Mrs, Flores Forced me to stay in a cell where I was being Raped

(15) Potter lied and said there wasn't No PREA

(16) LT Gallion Covered up a PREA

(17) J. Santa cruz Discriminated against me for calling me a Chomo $ a Fagget in his office

(18) J. ~~Gencethie sexual Harassment of~~ my Transgender Status as A ~~Transgender woman~~

-2-

- J. Gerrettie "Shu" officer Harassed MS. Knobeloch #14166025 in Shu on going until Oct.13,2021 ~~too~~ with the intent to Make Ms Knobeloch Attempt Suicide

- E Fraijo cause Suicide Attempts upon MS. Knobeloch and Emotional Distress by call her a Faggot and Denying her Birth Record for a Name Change

- SIS Gallion, Nurse Potter Mrs. Flores, and Mr. Lewis Covred up a PREA Complaint Against an Inmate and Denied a cell Move to cause an Sexual Assult upon MS. Knobeloch

EF   - J. Ruff used Excessive force without reason but only to hurt MS. Knobeloch Physically due to her being Suicidal

- H. Biehler has denied Medical treatment that is Serous enough to ~~xxxxxxxxx~~ MS. Knobeloch

- LT Lopez Made threats to her life by Saying I'll Put you in the ICU which cause MS. Knobeloch to Be very Scared & Suicidal

- A. Hernandez Assulted MS. Knobeloch Physically and Sexually which caused MS. Knobeloch to become fearful of her life

EX
M. Vasquez, J. Coyle, Guiterrez denied MS. Knobeloch
Protection Co' after she warned them she cannot cell
with No one but with Centero and cause her to become
Fearful of her life

EX
M. Vasquez, Guiterrez, W. Wade all Harassed MS.
Knobeloch And Placed MS. Knobeloch's life in danger
with an active Gang member because of her Cherge
telling all inmates about MS. Fry to beat
MS. Knobeloch up

Who: LT Lopez    where; LT Hard cell
When : March 2020
What: Some time ~~time~~ during March 2020 Miss Knobeloch was Caught
in a Different unit and was Escorted to the LT. Office
Where LT. Merreal and LT. Lopez sat. Miss Knobeloch
then had a disagreement with LT. Lopez LT. Lopez told
Miss Knobeloch to go to the hard cell while in the hard cell said Lopez
to Miss Knobeloch "I'll brake your fucking Jaw and Put you
in the ICU and I Don't give a Fuck if your a transgender
or not" "your going to go cut there and let Everyone throw your my
Bitch" This than Placed Miss Knobeloch in fear of her life
through his intentional infliction of Emotional Distress which Resulted
in Suicidal Ideations which ~~raised~~ heighten her awareness
Prison officials vidence upon Transgender individuals resulting in
an increase of Anxiety And Depression and ultimately resulting in selfharm
And Suicide Attempts by Miss Knobeloch
These actions Violated the United States Constitution Amendments
8 And 14; Convention against torture And other cruel, inhumane or
Degrading treatment or Punishment; in State And Federal Vunerable Adult
Law

STS Gallion & Nurse Potter?

Who: Lewis & Flores   Where: Unit B-2 Cell 217
When: July 16, 2020 - July 26, 2020
What: Miss Knobeloch Put in a cop-out to Counselor Lewis and case Manager Flores to Be moved to cell# 224 she Explained to Lewis she didn't feel comfortable in the cell because she don't want to be sexually Assulted by Marice spencer and then Mrs Knobeloch told Mrs. Flores as well On July 20, 2020 Miss Knobeloch was then sexually Assulted By her cellmate for there days Miss Knobeloch Placed Paper cop-outs to be moved and for More days Miss Knobeloch was assulted sexually On July 26, 2020 Miss Knobeloch Refused to lock in her cell for fear of being sexually assulted any further She was then taken to medical She Reported to Nurse Potter there was a Sexual assult But Nurse Potter Denied her Any further treatment She was then Placed in Shu. On August 4th, 2020 STS Gallion Pulled Miss Knobeloch out of her cell and STS Gallion told her she was lying about the sexual assult & forced her Back to the compound. upon return to the compound D-1 she was sexually harassed for Sex By numeres inmates. Masterbating. On Miss Knobeloch, this failure-to-Protect in deliberate indifference to her health and safety in violation of the 8th and 14th Amendment of the U.S. Constitution; Convention against torture and other Cruel, inhuman or degrading treatment or Punishment; in State and federal Vunerable Adult Law; did result in severe symptoms of Rape trauma syndrome/PTSD; Panic Disorder, Anxiety, and Depression in fear of being Raped further and then also self harm and Suicidal Ideation

Who: J. Gerrettie C/o    When: on or about August 19, 2021 - Oct 13, 2021
Where: cell #'s 143, 144, and 122 in Shu on B-Range at U.S.
Penitentiary, Tucson

What: Plaintiff Miss Knobeloch had Placed a cop-out several days before hand and the
Day before for the Next day to use the Phone when J. Gerrettie
Started to call her a faggot, bitch, and a Pussy directed towards
her Gender Identity and/or sexual orientation in violation
of the BOP Anti-Discrimination / Anti-Harassment Policy
and the PREA Pursuant to 28 C.F.R. 115.6 Along with
Program statement 5324.12 sexually Abusive behavior Prevention
and intervention Program therefore in violation of U.S.
Constitution Amendments 8 and 14

J. Gerrettie then came By Miss Knobeloch's cell # 144 stating "I hear
you fear for your life and safety" which caused server
Emotional Distress And anguish and Anxiety the
Miss Knobeloch tried to hang herself but her cellmate Santos
Centeno # 68748-066 Restrained her until she seemed to calm
Down when Centeno # 68748-066 let go Miss Knobeloch slammed
her head off the cell Shower & Knocked herself out. these
actions violated the 8th Amendment Of the U.S. constitution

Some time during late sept. 2021 Miss Knobeloch was using
the Restroom when J. Gerrettie Yelled down the Range calling
Miss Knobeloch saying "I caught Yall fucking" Miss Knobeloch
then Began to cry and tried to heng herself again
this violates the 8th Amendment

Fleunings
Mrs ~~Fleutain~~

On Oct. 13, 2021 while Psychology spoke to ~~~~ Miss Knobeloch about a suicide letter about ~~itself~~ herself and after they had spoken to Each other upon return to Miss Knobeloch's Cell, Cell #122 on B-Range J. Gerrette was at the Gate Saying "Sleep tight" ~~~~ Miss Knobeloch then said "are you seriously going to Keep Harrassing me" When she Entered into the Cell Miss Knobeloch started to cry uncontrollably Later that ~~~~ night When her cellmate was ~~~~ asleep she hung herself When her cellmate ~~had Gotten up Just in time to save~~ Santos Centeno 68748-066 had Gotten up Just in time to ~~say~~ save Miss ~~~~ Knobeloch from suicide

This Illegal act of intentional Infliction of Emotional Distress to cause harm is in violation of the 8th Amendment of the U.S. Constitution

Miss Knobeloch dose assert ~~that~~ due to C/O J. Gerrettie's continuous sexual based Harassment with the intent to induce ~~~~ Suicide and self Harm upon her through the intentional infliction of Emotional Distress in violation of the 8th and 14th Amendments C/O J. Gerrettie has Attempted Homicide upon her and has Placed her in Extreme Fear for her life

Who: E. Fraijo B-1 case manager when: on or about the 17-18 of
Nov. 2021 and on 7-2-21
Where: Shu B-Range cell# 126 at U.S. Penitentiary Tucson
~~also~~ Shu B-Range cell# 143

What: On July, 2, 2021 E. Fraijo came to Miss Knobeloch's
Cell, cell# 143 to do UDC to go to Dtto Miss Knobeloch then
handed E. Fraijo a ~~Green~~ Form BP-199 for her Birth Record
to the courts for a name change from a males name to a
females name and a gender change on ~~my~~ her Birth Record after
3 weeks past ~~It cost~~ Miss Knobeloch asked E. Fraijo about the
Form and he told ~~you~~ Miss Knobeloch, he dosn't know due to this Miss Knobeloch
reviewed her account and seen that the money was not taken off
for $23.00 due to this information and the facts surrounding her
Complaint in this court the Plaintiff Miss Knobeloch dose Assert
that Mr. E. Fraijo in retaliation to her Attempts redress and
Grievance the Government and Discrimination towards her Gender
Identity and charged Mann Act offense with the intent to
deny due process and Equal Protections ~~and~~ with intent to
inflict Emotional Distress And to induce Suicide and self harm
upon her These actions By Mr E. Fraijo violates her
Constitution rights under the 1st, 5th, 8th, 14th Amendments

Then on or about 11·17-18·21 E. Fraijo came on B-Range
When ~~all~~ Miss Knobeloch knocked on her Cell Door E. Fraijo
ignored her as he was walking back out of the Range past
Cells# 126 Which is Miss Knobeloch's cell.# 138, 139, 127
as well E. Fraijo called Miss Knobeloch a "Faggot" and kept
walking this is Sexual Harassment violation of PREA of BOP

Policy 28 C.F.R 115.6 with the intent to inflict
~~Sevou~~ Severe Emotional Distress, Anxiety, and her Mental
Pain of Gender Dysphoria by derogatory ~~teet~~ and or ~~offensive~~
Language directed tewards her ~~Gender~~ Identity/Epression
and sexual Orientation violates U.S. Constitution under
Amendments 8th, and 14

E. Fraijo told ~~da~~ Miss Knobeloch's former cellmate Santos
Centeno ("Centeno") #68748-066 "Fuck Knobeloch" in respence
to "Centeno" inquireing into the Health and saftey of Miss
Knobeloch why she was Placed in shu.
~~This~~ these acts shows that Extreme distain of Knobeloch
in ~~the~~ deliberate indifference to her health & Safety in violation
of the 8th Amendment of the constitution

Who: J. Ruff    When: Nov. 22, 2020

Where: Shu E-Range cell#236 at U.S. Penitentary Tucson

What: On Nov. 22, 2020 on E-Range cell#236 ~~I~~ Miss Knobelach was Suicidal and hung ~~herself~~ J. Ruff had Dropped the Tray slot and maced then Put the slot back up and left When nurse Quesada came through ~~I~~ Miss Knobelach was Cutting ~~by~~ her arm and he Pressed the ~~Press~~ Panic button when Ruff arrived he Maced again ~~Because I~~ ~~was suicidal~~ *Retaliation* because ~~of her~~ Gender Dysphoria IN had ~~was~~ taking over her Mental state causing her to become very suicidal ~~I~~ then she was Placed in hand restraints behind her back and was Pulled out and Escorted down E-Range While being Escorted by J. Ruff, Ruff commanded Miss Knobeloch to look at him Miss Knobeloch Refused to do so ~~to~~ And Kept looking ahead then J. Ruff reached ~~hold~~ and assulted her to the face Miss Knobeloch then Ripped her head away from J. Ruff LT. Campbell then Yelled "Slam ~~them~~ them Now" ~~I~~ Miss Knobeloch was then Slammed on her head ~~I~~ She then told the Shu officers she couldn't breath then John Doe said "I don't give a fuck I hope you die" ~~I~~ then Miss Knobelech was lifted up and was threatend By J. Ruff ~~III~~ saying "I wish you to do something on the stairs so I can Push you down them and stomp your Bitch ass out" ~~I~~ Miss Knobelech was taken down the 1st Flight of stairs ~~to~~ and was Assulted Multiple times from Behind in a Blind Spot then Miss Knobeloch was taken to the Hard cell Between B-Range and C-Range She was then Placed in a 4-Point Restraint real tightly from 3:45 PM Until 9:30 AM the Next Morning and has left Scaring on Right wrist and Back Side ~~feet~~ Ankles and she ~~you~~ suffers from ~~stress~~ severe PTSD from

the assult(s) which ~~also~~ has increased her Anxiety and Depression Diagnosis ~~this~~ also increases her Rape-trauma Syndome Resulting in Self-harm and continuous suicidal Ideation to prevent further harms upon her, she fears for her Safety and cannot sleep and is constantly awaken from Very vivid nightmares by Resulting ~~of~~ in Jumping up out of Sleep these acts of Misconduct with intent to inflict Emotional Distress and Physical injury and self norm and Suicide are violations ~~of~~ the United States Constitutions 8 and 14 Amendments; Convention against torture and other Cruel. inhuman or degrading treatment or punishment, State And Federal vulnerable adult Law

M.Vasquez Coyle

Who: Guiterrez ~~B-Range cell#124~~ when 11·4·21

Where: ~~H cell at~~ B-Range cell# 124

what: ~~the~~ Miss Knobeloch told Vasquez coyle and Guiterrez that She is not comfortable nor safe taking any other cell mate besides Santos Centeno #68748-066 ("centeno") and that She refuses because her life is in danger Vasquez said "If you don't take a Cellie were going to run team on you beat the hell out of you and Drag you to the Herd cell" Coyle then told ~~her~~ Miss ~~the~~ Knobeloch "Don't Bitch out" Then Guiterrez Said "We always win even when Were lying" ~~Before~~ Miss Knobeloch then said go ahead then because She was under ~~duress~~ duress ~~s~~ and in fear of her Safety $ life and further injuries as Stated by their threats. This resulted in Self harm and suicidal Ideation, vivid nightmares, Anxiety, Depression, and Symtoms of PTSD. These acts of intentional infliction of Emotional Distress by Placing her in constant fear Of further victimization and assults at the Hands of Prison officals it is a violation of the U.S. Constitution Amendments 8 and 14 convention against torture, ~~and other~~ and other cruel in human or degrading treatment or Punishment, State and Federal Vunerable Adult Law