# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryson L Knobeloch,<br><br>    Plaintiff,<br><br>v.<br><br>J. Gerrettie, et al.,<br><br>    Defendants. | NO. CV-21-00522-TUC-SHR (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 12, 2022,  judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

February 28, 2022

                    Debra D. Lucas
                    District Court Executive/Clerk of Court

              By    s/ B. Cortez
                    Deputy Clerk